UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> ANACLETO CORTEZ-AGUILAR, ) <br> ) <br> Defendant. ) <br> ) | NO.    CR-11-0157-WFN-1 <br><br> ORDER DISMISSING INDICTMENT <br> WITH PREJUDICE |

Pending before the Court is the Government's Motion to Dismiss (ECF No. 27). The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Government's Motion to Dismiss with Prejudice, filed December 22, 2011, **ECF No. 27**, is **GRANTED**.

2. This case is **DISMISSED WITH PREJUDICE**.

3. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND close the case.**

**DATED** this 3rd day of January, 2012.

12-27-11

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING INDICTMENT
WITH PREJUDICE